IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No.: 99-20071 D

RODERICK D. KELLY,

    Defendant.

---

## ORDER

---

On the docket are the following motions:

    Docket No. 85 - Motion for Departure;

    Docket No. 103 - Motion to Reduce Sentence; and

    Docket No. 138 - Motion to Reduce Sentence.

It appears that these motions were addressed and resolved by Judge McCalla during the pendency of the case. Accordingly, the Clerk is directed to strike these motions as moot.

**IT IS SO ORDERED** this _1st_ day of _August_, 2005.

                                        BERNICE BOUIE DONALD
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 162 in case 2:99-CR-20071 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT